UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

       - against -

JOSE BURGOS CABADA,

       Defendant.
------------------------------------X

**ORDER**

18 Cr. 173-4(NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The conference scheduled for 12 P.M. on December 3, 2019 is adjourned until January 9, 2020 at 2:45 P.M. Speedy trial time is excluded. 18 U.S.C. § 3161(h)(7).

Dated: New York, New York
       November 25, 2019

                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/19