```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,

        - against -                              O R D E R

                                              18 Cr. 173-4 (NRB)
JOSE BURGOS CABADA,

              Defendant.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

At the request of the defendant, the Court reschedules his sentencing for July 22, 2020 at 12:00 p.m.  The defendant's sentencing submission is due on July 8, 2020, and the Government's sentencing submission is due on July 15, 2020.

Dated:    New York, New York
          April 20, 2020

                                      _____
                                        NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE