# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**14 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

July 6, 2020

Hon. Naomi Reice Buchwald
U.S. District Court
500 Peal St.
New York, NY 10007

Re:   *U.S. v. Paulino, et al* {Jose Albert Burgos-Cabada} 18 cr 173 (NRB)

Dear Judge Buchwald:

I am counsel for Jose Burgos-Cabada, a defendant in the above referenced matter.

Currently his case is scheduled for sentencing on July 22, 2020. Please accept this letter in lieu of a formal motion to continue the sentencing for three weeks to August 12, 2020, or thereafter, subject to the Court's availability.

I make this request as I seek additional time to continue working on the sentencing submission which I will submit on behalf of Mr. Burgos-Capada. In addition, I seek to confirm that Mr. Burgos-Capada is willing to proceed with his sentencing by teleconference instead of seeking a longer adjournment until September (when, perhaps, it will be safe to resume in person sentencing). I note a co-defendant, Victor Dejesus-Ferreira, recently had his sentencing adjourned to late September due to the Covid-19 pandemic.

Mr. Burgos-Cabada is currently in custody at the Westchester County jail. Unlike, MCC or MDC, this facility has not set up a protocol for attorneys to make legal calls. As such, in order to ascertain his preference, I will send him correspondence today requesting he contact me to let me know his preference. In the event he seeks to wait for an in-persons sentencing, I will submit a follow up request. If he is willing to proceed by teleconference, then we can proceed on the adjourn date.

I have conferred with the Government and they consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Timothy Capozzi, AUSA

Jose Burgos-Cabada

> While counsel leaves the Court no practical alternative but to grant his request, it is apparent that he did not endeavor to proceed with the scheduled sentencing.  Mr. Burgos-Cabada's sentencing is adjourned until August 13, 2020 at 11:00 a.m.  The defendant's sentencing submission is due on July 28, 2020.  The Government's sentencing submission is due on August 4, 2020.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: July 6, 2020